BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205

Attorneys for Defendants Hegge, Hill and Carline
SA2002100543

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY BUFORD,**<br><br>                                      Plaintiff,<br><br>        v.<br><br>**MTA HEGGE, et al.,**<br><br>                                      Defendants. | CIV F 02-5313 OWW DLB P<br><br>**ORDER** |

**ORDER**

The court finds there is good cause to grant Defendants' request for an extension of time to file a responsive pleading. Accordingly, Defendants are granted a period of thirty days, to and including October 6, 2005, to file and serve their response.

IT IS SO ORDERED.

    Dated:    September 8, 2005              /s/ Dennis L. Beck
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER
1