UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BUFORD, | ) | CV F- 02-5313 OWW DLB P |
| Plaintiff, | ) | |
| v. | ) | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT |
| M.T.A. HAGGIE, et al., | ) | |
| Defendants. | ) | |

Plaintiff Timothy Buford, a state prisoner proceeding pro se and in forma pauperis. On August 8, 2005, the Court denied defendants' motion to dismiss and ordered defendants to respond to the amended complaint within 30 days. On September 9, 2005, the Court granted defendants' request for an extension of time to file their response to the amended complaint, making their response due on or before October 6, 2005.

///
///
///
///

On September 22, 2005, plaintiff filed a motion for leave of court to add additional claims and defendants to this action. Defendants are ordered to respond to plaintiff's motion within 5 days of this order.

IT IS SO ORDERED.

Dated:   September 28, 2005                             /s/ Dennis L. Beck
3c0hj8                                                 UNITED STATES MAGISTRATE JUDGE