1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10
11                                        )
    TIMOTHY BUFORD,                       )          CV F- 02-5313 OWW DLB P
12                                        )
                    Plaintiff,            )          ORDER GRANTING DEFENDANTS'
13                                        )          REQUEST FOR EXTENSION OF
       v.                                 )          TIME TO RESPOND TO AMENDED
14                                        )          COMPLAINT
    M.T.A. HAGGIE, et al.,                )          (DOC 85)
15                                        )
                    Defendants.           )
16   _____)
17
18
            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action
19
    pursuant to 42 U.S.C. § 1983.  On October 5, 2005, defendants requested an extension of time to
20
    respond to the amended complaint.
21
            Good cause appearing therefor, defendants' motion for an extension of time is GRANTED.
22
    Defendants are GRANTED twenty (20) days from the Court's ruling on plaintiff's motion to file a
23
    second amended complaint in which to file a response to the amended complaint.
24
            IT IS SO ORDERED.
25
            Dated:   October 6, 2005              _____/s/ Dennis L. Beck_____
26   3c0hj8                                       UNITED STATES MAGISTRATE JUDGE
27
28

U.S. District Court
E. D. California                                 1