UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BUFORD, | ) | CV F- 02-5313 OWW DLB P |
| Plaintiff, | ) | ORDER VACATING ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| M.T.A. HAGGIE, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On March 9, 2006, the Court ordered plaintiff to submit USM-285 forms for service of the second amended complaint on defendants Haggie, Schumacher, Chief Medical Officer Posner, Hill and Carline. However, it has come to the Court's attention that the second amended complaint was already served on these defendants. *See* Document No. 98.

Accordingly, the Court's order of March 9, 2006 directing plaintiff to submit USM-285 forms for service of the second amended complaint is HEREBY VACATED. Defendants are directed to respond to the second amended complaint within 20 days of this order.

IT IS SO ORDERED.

Dated: March 29, 2006          /s/ Dennis L. Beck
3c0hj8                         UNITED STATES MAGISTRATE JUDGE