UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>M.T.A. HAGGIE, et al.,<br><br>        Defendants. | CV F- 02-5313 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION OF COURT'S ORDER DENYING MOTION TO TAKE TELEPHONIC DEPOSITION<br>[DOC # 106] |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On March 21, 2006, this court denied plaintiff's motion for leave to take the deposition of a non party witness by telephone. On April 3, 2006, plaintiff filed a motion to reconsider the court's order. Plaintiff's request for reconsideration is HEREBY DENIED. As plaintiff was previously advised, the Court has not yet opened discovery in this action and plaintiff has failed to provide "new or different facts or circumstances claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion." Local Rule 78-230(k)(3).

    IT IS SO ORDERED.

    Dated:   April 27, 2006                  /s/ Dennis L. Beck
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE