1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11   TIMOTHY BUFORD,                                     CV F- 02-5313 OWW DLB P

12                    Plaintiff,                         ORDER DIRECTING PLAINTIFF TO
                                                         SUBMIT USM 285 FORMS
13          v.                                           [DOC 109]

14   M.T.A. HAGGIE, et al.,

15                    Defendants.

16

17

18          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

19   pursuant to 42 U.S.C. section 1983.  On January 9, 2006, the Court ordered plaintiff to advise

20   whether he wished to proceed with the claims in the second amended complaint found to be

21   cognizable.  On January 25, 2006, plaintiff informed the court that he wanted to proceed with the

22   cognizable claims.  In its January 9, 2006 Order, the Court found that plaintiff stated a cognizable

23   claim for deliberate indifference to his serious medical needs against defendants Haggie,

24   Schumacher and Chief Medical Officer Posner.  The Court also found that plaintiff stated a

25   cognizable claim for deliberate indifference to his safety against defendants Hill and Carline.

26   Defendants Haggie, Hill and Carline were served with the second amended complaint.  However,

27   plaintiffs have advised that defendants Schumacher and Posner have not been served.

28          Accordingly, IT IS HEREBY ORDERED that:

1    1.  Service is appropriate for the following defendants:

2         SCHUMACHER

3         POSNER

4    2.  The Clerk of the Court shall send plaintiff TWO (2) USM-285 forms, TWO (2) summons,

5    an instruction sheet and a copy of the second amended complaint filed January 9, 2006.

6    3.  Within fifteen days from the date of this order, plaintiff shall complete the attached Notice

7    of Submission of Documents and submit the completed Notice to the court with the following

8    documents:

9              a. Completed summons;

10             b.  One completed USM-285 form for each defendant listed above; and

11             c.  Three (3) copies of the endorsed second amended complaint filed January

12             9, 2006.

13   4.  Plaintiff need not attempt service on defendants and need not request waiver of service.

14   Upon receipt of the above-described documents, the court will direct the United States Marshal to

15   serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of

16   costs.

17   5.  Plaintiff's failure to comply with this order may result in sanctions, including dismissal of

18   this action.  Local Rule 11-110.

19

20        IT IS SO ORDERED.

21        **Dated:    July 21, 2006**                          **/s/ Dennis L. Beck**
     3c0hj8                                        UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28