UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | 1:02-cv-05313-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 101) |
| vs. | |
| M.T.A. HAGGIE, et al., | **ORDER DISMISSING CERTAIN DEFENDANT** |
| Defendants. | |

   Plaintiff, Timothy Buford ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On March 10, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On April 13, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 10, 2006, are ADOPTED IN FULL;

2. Defendant, J.G. Boswell, is DISMISSED from this action; and,

3. This case proceed against defendants Haggie, Schumacher, Posner, Carline, and Hill only.

IT IS SO ORDERED.

**Dated:   July 29, 2006**               /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE

2