BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Carline, Hegge and Hill

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY BUFORD,**<br><br>                                           Plaintiff,<br><br>    v.<br><br>**MTA HAGGIE, et al.,**<br><br>                                           Defendants. | 1:02 cv 5313 OWW DLB P<br><br>**ORDER** |

The Court has considered Defendant Hegge's request for an extension of time to respond to Plaintiff's interrogatories.

IT IS ORDERED THAT Defendant's request is granted. Defendant shall serve her responses to Plaintiff's interrogatories no later than February 12, 2007.

IT IS SO ORDERED.

   Dated:   **January 16, 2007**              **/s/ Dennis L. Beck**
3c0hj8                                                        UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1