EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5288
  Fax: (916) 324-5205
  Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Carline, Hegge, Hill, Posner, and Schumacher

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY BUFORD,** | 1:02 cv 5313 OWW DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **MTA HAGGIE, et al.,** | |
| Defendants. | |

The Court has considered Defendant Hill's request for a two-week extension of time to respond to Plaintiff's interrogatories.

IT IS ORDERED THAT Defendant's request is granted. Defendant shall serve his responses to Plaintiff's Request for Admissions no later than March 22, 2007.

[Proposed] Order

1

1 | 02pc5313.eot.buchal.dao.wpd.SAR002.R0548.IT IS SO ORDERED.

2 |     Dated:   **March 8, 2007**             **/s/ Dennis L. Beck**
   3c0hj8                                                UNITED STATES MAGISTRATE JUDGE

[Proposed] Order