# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | 1:02-CV-05313-OWW-DLB-P |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT SCHUMACHER |
| vs. | |
| M.T.A. HAGGIE, et al., | (Doc. 115) |
| Defendants. | |

On November 21, 2006, the court issued an order opening discovery and setting deadlines for the completion of discovery, filing amended pleadings, and filing pre-trial dispositive motions. Defendant Schumacher filed an answer to plaintiff's amended complaint on January 29, 2007. Accordingly, IT IS HEREBY ORDERED that application of the court's November 21, 2006 discovery and scheduling order is extended to defendant Schumacher. The parties are reminded that any requests for extensions of the deadlines in the order must be filed prior to the expiration of the deadlines in question.

IT IS SO ORDERED.

Dated:   **March 23, 2007**         /s/ **Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE

1