UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BUFORD, | ) | 1:02-CV-05313-OWW-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE RESPONSE TO MOTION |
| v. | ) | TO DISMISS |
| | ) | |
| M.T.A. HAGGIE, et al., | ) | (Doc. 123) |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 20, 2007, plaintiff filed a motion to extend time to file a response to the motion to dismiss filed by defendants on February 5, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the motion to dismiss filed by defendants on February 5, 2007.

IT IS SO ORDERED.

Dated: **April 3, 2007**          **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE