EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5288
  Fax: (916) 324-5205
  Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Carline, Hegge, Hill, Posner, and Schumacher

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY BUFORD,**<br><br>  Plaintiff,<br><br>  v.<br><br>**MTA HAGGIE, et al.,**<br><br>  Defendants. | 1:02-cv-5313 OWW DLB P<br><br>**ORDER** |

The Court has considered Defendants request for a two-week extension of time to reply to Plaintiff's opposition to Defendants' motion to dismiss.

IT IS ORDERED THAT Defendants' request is granted. Defendants shall serve their reply no later than May 10, 2007.

02pc5313.ext.buford.dm.wpd
SA2002100543

IT IS SO ORDERED.

[Proposed] Order

1

| | |
|---|---|
| Dated: **April 30, 2007** | **/s/ Dennis L. Beck** |
| | UNITED STATES MAGISTRATE JUDGE |