UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MTA HAGGIE, et al.,<br><br>　　　Defendants. | 1:02-CV-5313 OWW DLB (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(DOCUMENT #141) |

　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On May 10, 2007, defendant filed a motion to extend time to file a reply to plaintiff's opposition to defendants' motion to dismiss. Inasmuch as defendants filed the reply to plaintiff's opposition to defendants' motion to dismiss on May 17, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants motion to extend time to file a reply to plaintiff's opposition to defendants' motion to dismiss is GRANTED nunc pro tunc.

　　　IT IS SO ORDERED.

　　　Dated:   June 7, 2007　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE