```
                                        FILED
                                  JUDGMENT  ENTERED
                               _____Sept. 27, 2007_____
                                              Date
                             by _____G. Lucas_____
                                           Deputy Clerk
                                     U.S. District Court
                                   Eastern District of California
                               __XX____ FILE CLOSED
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BUFORD,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:02-CV-5313 OWW DLB P

MTA HAGGIE, et al.,

_____/

The Findings and Recommendations issued by the Magistrate Judge on August 1, 2007, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED:  September 27, 2007

VICTORIA C. MINOR, Clerk

By: /s/ GREG LUCAS
    Deputy Clerk